ORDERED.

**Dated:  April 11, 2018**

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| GARY REED SLIGAR | BK CASE NO. 9:16-bk-08276-FMD<br>CHAPTER 11 |

**ORDER GRANTING MOTION DIRECTING DISBURSEMENT OF PROCEEDS BE PAID TO THE SOLOMON LAW GROUP, P.A.**

THIS CAUSE came before the court for trial on January 24, 2018 and March 5, 2018 for consideration of The Solomon Law Group, P.A.'s Motion Directing Disbursement of Proceeds Be Paid to the Solomon Law Group, P.A. [Docket 138].  After due consideration of the evidence and argument, and for the reasons stated orally and recorded in open court on April 9, 2018 it is ORDERED and ADJUDGED as follows:

1. **ORDERED** that The Solomon Law Group, P.A's motion for an award of fees and cost shall be and hereby is **GRANTED** as provided herein in the total aggregate principal amount of $280,487.90, plus interest in the amount of $26,222.06 through April 13, 2018.  The amounts provided herein are itemized as follows:

   A.  The Solomon Law Group, P.A. ("**SLG**") shall be and hereby is awarded the sum of

$90,000.00 for attorneys' fees incurred in connection with SLG's representation of Susan Claire Sligar ("**Sligar**") in her dissolution of marriage proceedings, to be reduced by the $50,000.00, already paid by Sligar, for a total fee amount of $40,000.00. Additionally, SLG shall be and hereby is awarded $855.26 for costs incurred during the dissolution of marriage proceedings.

B.  SLG shall be and hereby is awarded the sum of $174,030.00 for attorneys' fees incurred in connection with SLG's representation of Sligar in Gary R. Sligar's bankruptcy case. Additionally, SLG shall be and hereby is awarded $3,797.07 for its costs incurred during the bankruptcy case.

C.  SLG shall be and hereby is awarded $50,000.00 incurred in connection with SLG's efforts to collect its fees and costs.  Additionally, SLG shall be awarded for costs of $11,805.57 incurred during the collections action.

D.  SLG shall be awarded interest at the rate of 12% per year on the fees and costs incurred in the dissolution of marriage and bankruptcy case from the 31st day after issuance of each invoice reflecting an outstanding unpaid balance after application of the $50,000.00 payment made by Sligar during the early stages of the representation *and* after affording Sligar with a credit equal to the amount of fees that the Court did not award to SLG applied against the first SLG invoice that reflected an unpaid balance for a total interest award of $26,222.06.

2.  SLG has properly imposed and is entitled to enforce its contractual charging lien.  The charging lien shall encompass the attorneys' fees and costs associated with the dissolution of marriage proceedings and bankruptcy case along with interest in the total amount of $244,904.39.

3. The total amount due to SLG in the amount of <u>$306,709.96</u> and being held by Johnson Pope Bokor Ruppel & Burns, LLP in trust shall be disbursed immediately to SLG.

4. This Order is without prejudice to the rights of Gary Reed Sligar and Susan C. Sligar relating to equitable distribution, alimony, maintenance, support, attorneys' fees, or suit costs in the pending dissolution of marriage action.

*(Attorney Allison Thompson is directed to serve a copy of the signed Order on all interested parties and file a certificate of service.)*